**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: August 8, 2023**
**HEARING TIME: 1:30 P.M.**
**LOCATION: Tacoma, Washington**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | Case No.: 23-40850-BDL |
|---|---|
| PENNY L TIBBITS, | TRUSTEE'S OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE |
| Debtor. | |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and objects to confirmation as follows:

## **BACKGROUND**

Debtor filed this Chapter 13 case on May 27, 2023. The applicable commitment period is thirty-six months. The case is currently in the second month and the Meeting of Creditors has been completed. The bar date for filing non-governmental claims is August 7, 2023. Scheduled

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

unsecured claims total $15,641.05.  The Trustee estimates that under the proposed plan general

unsecured creditors will receive approximately $0.00.

## **OBJECTION**

☒ Plan is not feasible:

    The plan is not adequately funded to pay administrative expenses and all secured, priority and unsecured claims provided for payment in the plan.  *See* attached Declaration.

☐ Plan is not proposed in good faith or is forbidden by law:

☐ Plan fails to commit all excess disposable income for the applicable commitment period as required by 11 U.S.C. § 1325(b)(1)(B):

☐ Plan does not meet the best interests of creditors test as required by 11 U.S.C. § 1325(a)(4):

☒ Schedules or other documentation insufficient:

    Debtor's disposable monthly income figure, calculated on Schedule J, is slightly less than the proposed plan payment.  Trustee respectfully requests that the budget be amended to evidence Debtor's ability to make all required plan payments as contemplated by 11 U.S.C. §1325(a)(6).

☒ Other:

    Debtor's plan contains nonstandard provisions at paragraph X, though paragraph I.A contains no such election.  Prior to confirmation, the plan should be amended to check "yes" if Debtor wishes to insert language in paragraph X.  Similarly, Trustee respectfully requests language in X, which specifically directs him to make only the contractual monthly car payment.  Such language would assist Trustee in plan administration.  Finally, Debtor's vehicle creditor is Sound Credit; the plan should be amended to so identify it at paragraph IV.C.3.a.

**WHEREFORE**, Trustee requests that the objection to confirmation be sustained and Debtor be ordered to file a motion to confirm a plan resolving the issues raised herein within 14 days of entry of the Order Sustaining Trustee's Objection to Confirmation; and to set the hearing on the next available motion calendar after the 14 days expires.  If the Motion to Confirm

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600

resolving the Trustee's issues is not filed and set for hearing as outlined above, the Trustee requests he be allowed to enter an order dismissing the case, *ex parte*, without notice.

**DATED** this 30th day of June, 2023.

/s/ *Michael G. Malaier*
Michael G. Malaier, WSBA #34729
Chapter 13 Standing Trustee

### CERTIFICATE OF MAILING

I declare under penalty of perjury under the laws of the United States as follows: I mailed via regular mail a true and correct copy of the Trustee's Objection to Confirmation with Strict Compliance and Declaration to the following:

Penny L. Tibbits
101 E. Timberlake Drive
Shelton, WA  98584

The following parties received notice via ECF:

Tom S. Hyde
Scott D. Crawford
Lance E. Olsen
US Trustee

Executed at Tacoma, Washington on the 30th day of June, 2023.

/s/Tracy Maher
Tracy Maher
Office Manager

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600