UNITED STATES BANKRUPTCY COURT

Western District of Washington

In re:

PENNY L. TIBBITS,

            Debtor

Case No. 23-40850

CHAPTER 13

REPLY

Ms. Tibbits, by and through her attorney, Tom S. Hyde, replies to the Chapter 13 Trustee's objection to her Chapter 13 Plan.

The debtor has filed the amended schedule J to allow for feasibility for the amended Chapter 13 plan filed on July 11, 2023.

The debtor has also corrected and added the language suggested by the Trustee to properly administer the Amended Chapter 13 Plan filed on July 11, 2023.

The monthly amount proposed in the amended meets the amount cited in the Trustee's Declaration to fully fund the plan.

Submitted under penalty of perjury this 11th Day of July, 2023

                                                /s/ Tom S. Hyde
                                                Tom S. Hyde, WSBA # 20509

**REPLY**                                                                               *LAW OFFICES OF TOM S. HYDE*
                                                                                               *1102 A Street, #1744*
                                                                                               *Tacoma, WA 98401*
                                                                                               *(253) 472-4448*